

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| BILLIOT, et al | CIVIL ACTION NO. 10-1183 |
| -vs- | JUDGE DRELL |
| CANAL INDEMNITY COMPANY, *et al.* | MAGISTRATE JUDGE KIRK |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent (de novo) review of the record including the objections filed by petitioner, and having determined that the findings and recommendation are correct under the applicable law;

**IT IS ORDERED** that the Motion to Remand and for attorney fees, **Doc. #7 is DENIED.**

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 2ND day of December, 2010.

Dee D. Drell
UNITED STATES DISTRICT JUDGE